**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **BRIAN G. OATMAN,** § | |
| **No. 2097131** § | |
| Plaintiff, § | |
| § | |
| **V.** § | **NO.7:22-CV-101-O** |
| § | |
| **KYLE W. BURROSS,** § | |
| **ET AL.,** § | |
| Defendants. § | |

## ORDER OF DISMISSAL

By order signed February 17, 2023, the Court ordered Plaintiff, Brian G. Oatman, to complete and file a questionnaire to provide further information regarding the claims he is asserting. The order cautioned that failure to comply might result in the dismissal of Plaintiff's claims without further notice for failure to prosecute. Plaintiff filed a motion for appointment of counsel and for "federal restraining order," which the Court denied, advising Plaintiff that he did not need the assistance of counsel to complete the questionnaire, which requires only that Plaintiff provide facts within his personal knowledge. The responses to the questionnaire were due March 10, 2023. Despite having had ample opportunity to respond, to date Plaintiff has failed to comply with the order. The Court finds that no lesser sanction than dismissal would be appropriate. Plaintiff's claims are **DISMISSED** without prejudice for want of prosecution.

**SO ORDERED** this **27th day** of **March, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**