# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| BRIAN G. OATMAN, § | |
| No. 2097131 § | |
|     Plaintiff, § | |
| § | |
| V. § | NO.7:22-CV-101-O |
| § | |
| KYLE W. BURROSS, § | |
|  ET AL., § | |
|     Defendants. § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Brian G. Oatman, in this action are **DISMISSED** without prejudice for want of prosecution.

**SO ORDERED** this **27th day** of **March, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1